

Jeffrey I. Golden, State Bar No. 133040
**WEILAND, GOLDEN**
**SMILEY, WANG EKVALL & STROK, LLP**
P.O. Box 2470
Costa Mesa, California 92628-2470
Telephone    (714) 445-1013
Facsimile    (714)-966-1002

Chapter 7 Trustee

FILED & ENTERED

OCT 21 2010

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY kent       DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re

JEWETT LOWELL and SHARON
BERNICE STODDARD,

Debtors.

Case No.  8:10-bk-16932 RK

Chapter 7 Case

**ORDER GRANTING IN PART MOTION OF TRUSTEE FOR ORDER COMPELLING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542 AND CONTINUING HEARING ON THE REMAINING ISSUES**

**DATE:    October 12, 2010**
**TIME:    2:30 p.m.**
**CTRM:    5D**

On October 12, 2010, at 2:30 p.m. in Courtroom 5D of the United States

Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California, the motion for

order compelling turnover of property of the estate and objection to Debtors' claimed

exemption (the "Motion") filed by Jeffrey I. Golden, chapter 7 trustee (the "Trustee") for the

estate of Jewette Lowell and Sharon Bernice Stoddard (the "Debtors") came on for

hearing.  Appearances were made by Jeffrey I. Golden and Amy Martinez on behalf of the

Debtors.   The Court having considered the Motion and all papers filed in connection with

the Motion as well as the arguments presented at the time of the hearing and good cause

appear therefrom;

530357.1                                                                                      ORDER

**IT IS HEREBY ORDERED** as follows:

1. The Debtors are ordered to appear for a continued § 341(a) examination on October 19, 2010 at 10:00 a.m., at the United States Trustee's Office, room 1159 located at 411 West Fourth Street, Santa Ana California, and turnover all Non-Exempt Funds to the Trustee;

2. At the same time and place as the continued § (341(a) examination, the Debtors shall provide the Trustee with an accounting of all funds that existed since the date of the filing of the chapter 7 petition;

3. The hearing on the remaining issues raised in the Motion, including, but not limited to the Trustee's objection to the Debtors' claimed exemption in the Estate Funds is continued to November 2, 2010, at 2:30 p.m.

###

DATED: October 21, 2010

_____
United States Bankruptcy Judge

**Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP**
P.O. Box 2470
Costa Mesa, California 92628    -2470
Tel (714) 445    -1013  Fax (714)    -966-1002

530357.1

2

ORDER

| In re:<br><br>**JEWETT LOWELL and SHARON BERNICE STODDARD** | CHAPTER: **7** |
|---|---|
| Debtor(s). | CASE NUMBER: **8:10-bk-16932 RK** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**P.O. Box 2470, Costa Mesa, California 92628-2470**

A true and correct copy of the foregoing document described **ORDER GRANTING IN PART MOTION OF TRUSTEE FOR ORDER COMPELLING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542 AND CONTINUING HEARING ON THE REMAINING ISSUES**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.   On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.

☐ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 13, 2010**  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert Kwan, U.S. Bankruptcy Courtroom 5D, 411 W. Fourth Street, Santa Ana CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 13, 2010 | Lindsay Fisk | /s/ *Lindsay Fisk* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

530357.1

| In re: **JEWETT LOWELL and SHARON BERNICE STODDARD** Debtor(s). | CHAPTER: **7** CASE NUMBER: **8:10-bk-16932 RK** |
|---|---|

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)* **ORDER GRANTING IN PART MOTION OF TRUSTEE FOR ORDER COMPELLING TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542 AND CONTINUING HEARING ON THE REMAINING ISSUES**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of **October 13, 2010**, the following person(s) are currently  on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Jeffrey I Golden (TR)     ljones@wgllp.com, jgolden@ecf.epiqsystems.com
Amy E Martinez    amy.martinez@geracilawfirm.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II.   <u>SERVED BY THE COURT VIA U.S. MAIL:</u>**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Jewett Lowell Stoddard and Sharon Bernice Stoddard, 306 N. Torrens St., Anaheim, CA 92807 **(Debtors)**

☐ Service information continued on attached page

**III.  <u>TO BE SERVED BY THE LODGING PARTY:</u>**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

530357.1